UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Tammy Fowler

          v.                          Civil No. 10-cv-00160-JL

United States of America


**O R D E R**

      The petitioner has filed a motion under 28 U.S.C. § 2255 to
vacate, set aside, or correct the sentence ordered by the court
following the petitioner's sentencing held on January 11, 2007,
in United States v. Tammy Fowler, 09-cr-47-01-JL.  The court has
reviewed the motion.

      The court orders the United States Attorney to file an
answer within sixty (60) days of the date of this order, which
answer shall provide a detailed response, with appropriate
references to the record when necessary, to each claim asserted
by the movant.

      In the event that the United States Attorney contends that
the motion is not timely filed under the limitations provided for
in 28 U.S.C. § 2255 or that it is a second or successive motion,
a motion to dismiss in lieu of a response shall be filed within
thirty (30) days of the date of this order.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 16, 2010

cc:  Tammy Fowler, pro se
     Aixa Maldonado-Quinones, AUSA