UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tammy Fowler

v.                                        Civil No. 10-cv-160-JL

United States of America

O R D E R

An evidentiary hearing it to be scheduled in the above-captioned case.  Pursuant to Fed. R.

Civ. P., Section 2255 Proceedings, Rule 8(c), if an evidentiary hearing is warranted, an attorney must

be appointed to represent a moving party who qualifies to have counsel appointed under 18 U.S.C.

§ 3006A.  The Clerk's Office is herewith ordered to appoint counsel to represent the plaintiff.

SO ORDERED.

September 13, 2010                        _____
                                         Joseph N. Laplante
                                         United States District Judge

cc:     Tammy Fowler, pro se
        Aixa Maldonado-Quinones, Esq.