UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Tammy Fowler

    v.                        Civil No. 10-cv-160-JL

United States of America


**O R D E R**

After today's chambers conference, the clerk will schedule an evidentiary hearing on the petition (doc. no. 1). The issues at the hearing will be the petitioner's allegations of ineffective assistance of counsel based on trial counsel's failure to call Dimeo as a witness, his argument regarding the mitigating role adjustment, and his failure to file a notice of appeal.[1]


    **SO ORDERED.**

                                              /s/ Joseph N. Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Dated: July 13, 2011
cc:  William E. Christie, Esq.
     Donald A. Feith, AUSA

---

[1] The petitioner has withdrawn her claim regarding her Criminal History Category calculation and the United States Attorney has waived its Rule 2-based argument regarding the lack of an affidavit or verified petition on the failure-to-appeal claim.