UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammy Fowler

    v.                      Civil No. 10-cv-160-JL

United States of America

**O R D E R**

The petitioner/movant has not requested a certificate of appealability, or otherwise shown that reasonable jurists could debate whether the petition/motion should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 9, 2011

cc: William E. Christie, Esq.
    Donald A. Feith, AUSA